COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    TMX Finance Holdings, Inc. v. Wellshire Financial Services,
LLC d/b/a Loanstar Title Loans d/b/a Moneymax Title Loans
and d/b/a  Loanmax; Meadowwood Financial Services, LLC
d/b/a Loanstar Title Loans and d/b/a Moneymax Title Loans;
and Integrity Texas Funding, LP

Appellate case number:    01-16-00044-CV

Trial court case number:    2013-33584

Trial court:                152nd District Court of Harris County

Appellant has given notice that it filed with the trial court an unopposed motion for a temporary sealing order under Rule 76a and that the motion is set for oral hearing on August 12, 2016.

The parties are hereby **ordered** to provide the trial court a copy of our June 21 and July 12 orders, as well as a copy of this order, no less than **seven** days before the hearing on the Rule 76a motion.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                        ☑ Acting individually ☐ Acting for the Court

Date: July 28, 2016